649 A.2d 838

**James W. ARTIS, Jr.,**

v.

**Bonnie Lee CYPHERS, Individually, etc.**

**No. 100, Sept. Term, 1994.**

Court of Appeals of Maryland.

Nov. 18, 1994.

Neal M. Janey, City Sol., Frank C. Derr, Associate Sol., William R. Phelan, Jr., Principal Counsel, Baltimore, for petitioner.

Kathleen Howard Meredith, P.C., David J. Wildberger (Semmes, Bowen & Semmes), Baltimore, for respondent.

Submitted before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

PER CURIAM.

For reasons stated by Chief Judge Alan M. Wilner for the Court of Special Appeals in *Artis v. Cyphers*, 100 Md.App. 633, 642 A.2d 298 (1994), the judgment is summarily affirmed.

*JUDGMENT AFFIRMED, WITH COSTS.*